United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-50119
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES PHELPS, JR., also known as Mr. D,
also known as Dave Smith,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:03-CR-197-6

_____

Before REAVLEY, DAVIS and PRADO, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given in its order dated

January 4, 2005. The court there found that Charles Phelps Jr. failed to prove that he owned an

interest in the forfeited property. That finding is supported by the evidence and is free of error.

Any pending motions are denied.

AFFIRMED.

_____

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.